**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-md-02666-JNE-DTS

This Document Relates to the Following Cases:

*Lorenzen*, 25-cv-1933
*McCracken*, 25-cv-1805
*Dahl*, 25-cv-1902

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter is before the Court pursuant to Defendants' Motion for Judgment on the Pleadings.

Based upon the submissions of the parties and a review of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED.** The following cases shall be dismissed *with prejudice*: *Lorenzen*, No. 25-cv-1933; *McCracken*, No. 25-cv-1805; and *Dahl*, No. 25-cv-1902.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: __________, 2025 BY THE COURT:

______________________________
The Honorable Joan N. Ericksen
U.S. District Court Judge District of Minnesota