**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation<br>____________________________<br>This Document Relates to the Following Cases:<br><br>*Lorenzen*, No. 25-cv-1933<br>*McCracken*, No. 25-cv-1805<br>*Dahl*, No. 25-cv-1902 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 15-md-2666-JNE-DTS**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Clifford Walston, certify that the Memorandum of Law in Opposition of Defendant's Motion for Judgement on the Pleadings complies with the requirements of Local Rule 7.1(f) and 7.1(h). I certify that the Memorandum contains 3,400 words. I further certify that I relied on the word-count functionality of Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the preceding word count.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Cliff Walston*
Cliff Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I, Clifford Walston, hereby certify that on January 20, 2026, I have electronically filed the foregoing Certificate of Compliance with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Cliff Walston*
Cliff Walston