**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to the Following Cases:<br><br>*Lorenzen*, No. 25-cv-1933<br>*McCracken*, No. 25-cv-1805<br>*Dahl*, No. 25-cv-1902 | ) | **No. 15-md-2666-JNE-DTS**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**DECLARATION OF CLIFFORD WALSTON IN SUPPORT OF PLAINTIFFS' JOINT MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Clifford Walston, an attorney admitted to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am an attorney in the firm Walston, PC in the above-captioned matter.

2. I make this Declaration in support of Plaintiffs' Joint Memorandum in Opposition to Defendants' Motion for Judgment on the Pleadings. The following facts are within my personal knowledge, and if called, I would testify as follows:

3. Attached hereto as Exhibit 1 is a true and correct copy of the Group 1 Scheduling Order filed in the matter of *Monica Daniels Martin v. 3M Co. et al.*, No. 15-2666, Case No. 16-cv-3283, ECF No. 32, on July 23, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Group 2 Scheduling Order filed in the matter of *Timonthy Walsh v. 3M Co., et al.*, No. 15-2666, Case No. 18-cv-2783, ECF No. 13, on August 13, 2025.

5. Furthermore, I testify that the law firm of Walston, PC entered into a tolling agreement with Defendants for all of Walston, PC cases. That tolling agreement was memorialized in a long series of emails. The tolling agreement was from November 3, 2023 through April 15, 2025, a period of more than seventeen (17) months. That tolling agreement was in addition to other tolling agreements entered into between 3M and counsel for Plaintiff's leadership committee that covered all Bair Hugger plaintiffs.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Cliff Walston*

Cliff Walston
**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600

**CERTIFICATE OF SERVICE**

I, Clifford Walston, hereby certify that on January 20, 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Cliff Walston*
Cliff Walston